**MODERN HOME BUILDERS, INC., a Florida Corporation, v. W. L. STRIBLING, et al.**

23 So. (2nd) 735            June Term, 1945

November 16, 1945            Division B

*Simonhoff & Simonhoff* and *J. Lewis Hall,* for appellant.

Thomas H. Anderson, for Appellee.

PER CURIAM:

The decree appealed from is affirmed without prejudice to plaintiff below to seasonably apply to the circuit court for leave to file an amended bill of complaint.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

**THE STATE OF FLORIDA, ex rel. JOE MUNN, v. JIMMY SULLIVAN, as Sheriff of Dade County, Florida.**

23 So. (2nd) 717            June Term, 1945

November 20, 1945            Division B

*G. A. Worley, Jack Kehoe* and *Lawrence A. Truett,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen* and *Cecil T. Parrington,* Assistant Attorneys General, for appellee.

PER CURIAM:

Judgment below affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.